Samuel E. HALEY, Jr., Appellant,

v.

STATE of Missouri, Respondent.

No. WD 36720.

Missouri Court of Appeals,
Western District.

July 22, 1986.

Motion for Rehearing and/or Transfer
to Supreme Court Denied
Aug. 28, 1986.

Application to Transfer Denied
Oct. 14, 1986.

John Edward Cash, Kansas City, for appellant.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before BERREY, J., Presiding, and PRITCHARD and DIXON, JJ.

## ORDER

PER CURIAM:

Appeal from denial of Rule 27.26 motion for post-conviction relief.

Affirmed.   Rule 84.16(b).